AO 91 (Rev. 11/11) Criminal Complaint

United States Courts Southern
District of Texas
FILED

January 14, 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Davonte WILLIAMS | ) | Case No. | **4:22-mj-0095** |
| | ) | | |
| *Defendant(s)* | ) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **01/12/2022**  in the county of  **Harris**  in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951(a) | Interference with Commerce by Robbery |
| 18 U.S.C. 924(c)(ii) | Brandishing of a Firearm During and In Relation to a Crime Violence |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Application

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Campbell, Special Agent ATF
*Printed name and title*

Sworn to before me via telephone,

Date: 01/14/2022

*Judge's signature*

City and state: Houston, Texas

United States Magistrate Judge, Andrew M. Edison
*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas R. Campbell, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since November 8, 2016. I am a Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice. I graduated from the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, Georgia. I am presently a member of ATF Houston Crime Gun Strike Force. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code.

2. I have received additional law enforcement training at The Houston Police Department. I was employed by the Houston Police for three years. While at the Houston Police Department, I was assigned to Patrol Division. I am a graduate of The University of Houston Downtown with a bachelor's degree in criminal justice. I have received additional law enforcement from the United States Coast Guard. I served 6 years in the Coast Guard, where I was assigned to a Counter Narcotics-Terrorism unit. During my service in the Coast Guard, I graduated from the Maritime Law Enforcement Academy at Federal Law Enforcement Training Center, Charleston, South Carolina. My current assignment with the Houston Crime Gun Strike Force, involves the investigation of Robberies that affect interstate commerce (Hobbs Act), and violent criminals. I have used cooperating informants, undercover agents, pen register/trap and trace devices, video

surveillance, wiretaps, GPS tracking devices, and audio surveillance, among other law enforcement techniques, in the course of my career with ATF.

3. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers and witnesses. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

4. Affiant received information from ATF TFO West regarding a commercial robbery that occurred on January 12, 2022, at the CVS Pharmacy located at 3401 Tidwell, Houston, Texas and within the Southern District of Texas. TFO West is assigned to the ATF Crime Gun Strike Force (CGSF) in Houston Texas as a Houston Police Department (HPD) Task Force Officer (TFO). On January 13, 2022, ATF TFO West was assigned a robbery case regarding the above listed CVS pharmacy.

5. On January 13, 2022, TFO West reviewed HPD case 0052643-22 and met with the Harris County Sheriff's Office regarding the facts of this case as it resulted in a vehicle pursuit, that killed two civilians and injured a Sheriff's Deputy. ATF TFO West was also informed of another robbery that occurred outside the city limits just prior to the CVS robbery. This Robbery was of an Exxon gas station located at 10801 Eastex Freeway. The details of this robbery are listed in Harris County Report 2201-04784. The report states that a large statured black male, wearing all black with a red mask on his face entered the store, brandished a black handgun and demanded money from the register. The suspect in this robbery also took packages

of small cigars. Surveillance video from this robbery shows the black handgun to have a silver barrel that can be seen through the ejection port on the slide of the firearm. Video also shows the suspect to walk with a limp.

6. TFO West stated that information in the HPD report reflected that an unknown black male wearing all back with a red ski mask came into the store. This appears to be the same person who had robbed the EXXON Mobile. The male pulled out a black handgun with silver barrel, cocked the slide back and pointed the gun at Mr. Jose Lopez, who was working as the manager of the CVS. The male took the cash register tilt and walked out the store. Mr. Lopez described the black male to be approximately 6'3 and heavy set. CVS surveillance video captures the suspect vehicle, a gray Lincoln Town car, park directly in front of the entrance doors. The video shows a paper/sticker on the front dashboard which can be seen through the windshield. Video also shows a large black male enter the store wearing all black with a red mask. The male appeared to be walking with a limp. A Sherriff Deputy with knowledge of the Exxon robbery was in the area looking for the suspect vehicle, when observed the Lincoln Town car matching the suspect vehicle description leaving the listed CVS parking. The Sheriffs Deputy attempted to stop the vehicle utilizing his emergency equipment at which time the suspect refused to stop and a high-speed chase ensued. During the chase the Deputy was involved in a major accident with a civilian vehicle and the suspect continued to flee and escaped.

7. On January 13, 2022, at approximately 7:22 AM, a Crime Stopper tip advising the following: The caller stated that Devonte WILLIAMS is the suspect involved in the robbery case. WILLIAMS's known address is 7333 Glen Manor Drive in Houston, Texas, which is the residence of a relative. WILLIAMS is hiding with an unknown female and a child at a duplex on Huffman Drive, Houston, Texas. ATF TFO's located the gray Lincoln Town car with Texas

license plate number BXS-0309. The vehicle has the same distinct sticker or paper in the front dashboard.

8. On January 13, 2022, Affiant learned from officers that the registered owner of the Lincoln Town car was Roy Lee Taylor. Officers met with Esther Taylor and learned that the registered owner was her deceased husband. Esther Taylor stated she had sold the vehicle to a heavy set African American male. On January 13, 2022, Deputy J. Coddou, Unit 60V23, with the Violent Crime Unit obtained a known AFIS Mugshot of Williams taken from 11/14/20. Deputy Coddou used to the AFIS Mugshot and created a photo array of WILLIAMS. The physical descriptions on WILLIAMS (6'3 and 270 lbs) matched the robbery suspect's description. Deputy Coddou met with Esther Taylor at her residence 8544 Kellett Street in Houston, Harris County, Texas and showed her the photo array that included WILLIAMS. Deputy Coddou stated Mrs. Taylor positively identified WILLIAMS as the black male to whom she sold her deceased husband's gray Lincoln Town car with Texas license plate number BXS-0309.

9. Affiant learned from TFO West of a theft case that occurred On January 10, 2022, where an unknown tall and heavy-set black male went to an Advance Auto located at 1821 W. Mount Houston in Houston, Harris County, Texas. The male stole approximately $350 of auto parts from the store and got into a gray Lincoln Town car with Texas License Plate number BXS-0309 and drove away. TFO West met with victim, Dorian Knight, who is an employee at Advance Auto on January 13, 2022, and showed a photo array which included WILLIAMS. Mr. Knight positively identified WILLIAMS as the black male who stole the auto parts on January 10, 2022.

10. On January 13, 2022, ATF Task Force officers and HPD Crime suppression officers served a state arrest warrant for WILLIAMS outside of his grandmother's residence located at 7333 Glen Manor Drive, Houston, Texas 77028. At the time of the arrest WILLIAMS had entered the front passenger seat of a Ford Crown Victoria. The Crown Victoria was occupied by two additional black males. Jarvis HICKMAN (driver) and Dunte HARDY (rear passenger). When Officers were giving lawful commands for WILLIAMS to exit the vehicle, TFO Randy Martin observed WILLIAMS reaching under his seat. After all, three occupants were removed from the vehicle, officers discovered a black semi-automatic handgun underneath the front passenger seat. The firearm recovered was all black with a silver barrel, matching the gun listed in both robberies. Both HARDY and HICKMAN stated that WILLIAMS had placed the gun under the seat as the officers were giving commands to exit the vehicle. Officers also recovered a brown paper bag full of small cigars on the front passenger side floorboard. Prior to the arrest officers had observed WILLIAMS walking around the residence and observed him to have a distinct limp. Affiant later learned that suspect, WILLIAMS walks with a limp due to an injury he received during a car accident.

11. On January 13, 2022, a search warrant for the listed Lincoln town car was issued and executed in conjunction with the arrest warrant for WILLIAMS. As WILLIAMS was being taken into custody, Deputies and Officers served the search warrant for the vehicle at 7333 Glen Manor, where it was parked behind the residence. Upon initial view of the exterior of the vehicle, Officers observed a white piece of paper in the front dash (obituary) that resembled the description of the vehicle mention in both robberies.

12. Following the arrest, all three occupants were transported to the ATF building and interviewed by TFO WEST and Harris County Detective Nguyen. During HICKMANS

interview, HICKMAN stated again that he observed WILLIAMS place the handgun under the seat. HICKMAN also stated that WILLIAMS had told him about the robberies from the night before. HICKMAN stated that WILLIAMS told him that his girlfriend and small child were in the car at the time of the robberies. WILLIAMS and HICKS were not cooperative during their interviews.

13. Based on the foregoing your Affiant believes there is probable cause to believe that on January 12, 2022, WILLIAMS, did unlawfully take and obtain the property from The CVS Pharmacy, located at 3401 Tidwell, Houston, Texas, and within the Southern District of Texas, which was in the possession and custody of an employee of the CVS, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, Section 1951(a).

14. Further based on the foregoing your Affiant believes there is probable cause to believe that on January 12, 2022, WILLIAMS did knowingly brandished and a firearm during in relation to a crime of violence, that being Interference with Commerce by Robbery that occurred at the CVS Pharmacy at 3401 Tidwell, Houston, Texas., Houston, Texas, located in the Southern District of Texas in violation of Title 18, United States Code, Section 924(c).

_____
THOMAS CAMPBELL
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me by telephone on this the 14th of January 2022 and I find probable cause.

_____
United States Magistrate Judge, Andrew M. Edison